UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 31 AM 9:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Hector SANCHEZ ) <br> ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '07 MJ 2565 <br><br> **COMPLAINT FOR VIOLATION OF** <br><br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii) <br> Bringing in Alien <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 29, 2007**, at the **San Ysidro Port** of Entry, within the Southern District of California, defendant **Hector SANCHEZ**, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, **Ana Rosa CADENAS-Gomez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Mario Avila, U.S Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **31st** day of **October 2007.**

_____
United States Magistrate Judge

**Probable Cause Statement**

The complainant states that **Ana Rosa CADENAS-Gomez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 29, 2007 at approximately 6:45 PM, **Hector SANCHEZ (Defendant),** made application for admission into the United States at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a 1989 White Chevrolet Pick-up. Customs Border Protection Officer (CBPO) received a negative declaration from the defendant. Defendant declared to be a United States Citizen and presented his valid California Identification card bearing his name and photograph. The Officer performed an examination of the vehicle and discovered that the gas tank had been removed. When asked to present the registration of the vehicle the officer noticed that the registration reflected it had been issued on today's date. The officer escorted the vehicle and occupant to the secondary lot for a more thorough inspection.

In secondary a non-factory undercarriage compartment was discovered under the front and rear seats of the vehicle. The Prosecution Unit was notified of the case. To gain access to the compartment the front seat was moved forward, carpet was lifted revealing the entry access to the concealment area. Upon removing a sheet metal panel two individuals were found concealed within. A male and a female were assisted and removed from the compartment.

Further investigation revealed the two individuals to be a citizens and natives of Mexico with no entitlements to enter the United States. The female is now identified as **Ana Rosa CADENAS-Gomez (Material Witness).**

The defendant was advised of his Miranda rights, acknowledged his rights and elected to answer questions without benefit to counsel. The defendant admitted knowledge to the concealed aliens in the vehicle. Defendant admitted he was present during the concealment of the aliens. Defendant admitted he was going to receive a sum of $1000 USD for smuggling the aliens into the United States.

On a separate interview Material Witness declared to be a citizen of Mexico with no legal right to enter the United States. Material Witness admitted her family made the smuggling arrangements for her to be smuggled into the United States. Material Witness admitted her family was going to pay $3,000 USD upon successfully arriving to San Jose, California.