**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Hector Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj2565 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| HECTOR SANCHEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Wayne Charles Mayer
wcmayer@aol.com

Respectfully submitted,

DATED:   November 1, 2007          /s/ Carey D. Gorden
                                   **CAREY D. GORDEN**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Hector Sanchez